IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

      Plaintiff,              No. CIV S-05-0913 GEB DAD P

     vs.

DR. S. HAND, et al.,

      Defendant.        <u>ORDER FOR PAYMENT</u>

_____/    <u>OF INMATE FILING FEE</u>

To:  The Sheriff of Sacramento County, Attention:  Inmate Trust Account, 651 I Street,

Sacramento, California 95814:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

obligated to pay the statutory filing fee of $250.00 for this action.  Plaintiff has been assessed an

initial partial filing fee of $8.33 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon

payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in

the amount of twenty percent of the preceding month's income credited to plaintiff's trust

account.  The Sheriff of Sacramento County is required to send to the Clerk of the Court the

initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time

the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full.

28 U.S.C. § 1915(b)(2).

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1. The Sheriff of Sacramento County or a designee shall collect from plaintiff's

3  inmate trust account an initial partial filing fee in the amount of $8.33 and shall forward the

4  amount to the Clerk of the Court.  Said payment shall be clearly identified by the name and

5  number assigned to this action.

6    2. Thereafter, the Sheriff of Sacramento County or a designee shall collect from

7  plaintiff's inmate trust account the $241.67 balance of the filing fee by collecting monthly

8  payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

9  preceding month's income credited to the inmate's trust account and forwarding payments to the

10  Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

11  U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and number assigned

12  to this action.

13    3. The Clerk of the Court is directed to serve a copy of this order and a copy of

14  plaintiff's signed in forma pauperis affidavit on Sheriff of Sacramento County, Attention:  Inmate

15  Trust Account, 651 I Street, Sacramento, California 95814.

16    4. The Clerk of the Court is directed to serve a copy of this order on the Financial

17  Department of the court.

18  DATED: May 13, 2005.

19

20    _____
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

21  DAD:4
    cruz0913.cdc

22

23

24

25

26

2