IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

    Plaintiff,                    No. CIV S-05-0913 GEB DAD P

    vs.

DR. S. HAND, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2005, the Sacramento County Sheriff's Department filed a letter to inform the court that plaintiff is no longer in the custody of the Sacramento County Mail Jail. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Local Rule 83-182(f).

        Accordingly, IT IS ORDERED that within fifteen days from the date of this order, plaintiff shall provide the court with his current address. Plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: August 18, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:4
cruz913.fca