IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

    Plaintiff,                        No. CIV S-05-0913 GEB DAD P

    vs.

DR. S. HAND, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

/

       By order filed August 19, 2005, plaintiff was ordered to provide the court with his current address within fifteen days and was cautioned that failure to do so would result in dismissal of this action. The fifteen-day time period has now expired, and plaintiff has not filed provided the court with his current address or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: September 16, 2005.

```
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

7  DAD:lg
   cruz0913.f&r