IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

        Plaintiff,                  No. CIV S-05-0913 GEB DAD P

    vs.

DR. S. HAND, et al.,

        Defendants.         ORDER

                              /

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of October 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 8, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his second amended complaint.

DATED: November 16, 2005.

                                                                       DALE A. DROZD
                                                                         UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
cruz0913.36