IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

      Plaintiff,                       No. CIV S-05-0913 GEB DAD P

      vs.

DR. S. HAND, et al.,

      Defendants.               ORDER

_____/

      Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of October 27, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's December 20, 2005 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. No further extensions of time will be granted.

DATED: January 4, 2006.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:mp
cruz0913.36(2)